IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID ERRINGTON,                          :
                                          :
           Plaintiff,                     :
                                          :
v.                                        : Case No.: 6:14-cv-00808-ACC-KRS
                                          :
BOTTLING GROUP, LLC, a/k/a                :
THE PEPSI BOTTLING GROUP, INC.,           :
                                          :
           Defendant.                     :
_____:

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, David Errington, and Defendant,

Bottling Group, LLC, hereby stipulate to the voluntary dismissal of the Complaint filed herein

with prejudice, each party to bear its own attorneys' fees and costs.

Respectfully submitted this 15th day of May, 2015.


J. GARCIA LAW FIRM, P.A.              FORDHARRISON LLP
201 N . Magnolia Avenue              101 E. Kennedy Boulevard
Suite 100                            Suite 900
Orlando, Florida  32801              Tampa, Florida  33602
Telephone:  (800) 411-6267           Telephone: (813) 261-7800
Facsimile:  (407) 849-6448           Facsimile:  (813) 261-7899


By:   s/ Jose F. Garcia              By:    s/ Luis A. Santos
      Jose F. Garcia                        Luis A. Santos
      Florida Bar No. 0510211               Florida Bar No. 0084647


Attorney for Plaintiff               Attorney for Defendant